# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BAMA SEA PRODUCTS, INC.,**

    **Plaintiff,**

v.                                           Case No.  8:07-cv-1438-T-30TGW

**JACKSON SHIPPING, INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Notice of Withdrawal of Motion for Summary Judgment (Dkt. 17).  The Court will construe the Notice as a motion to withdraw Defendant's Motion for Summary Judgment or in the Alternative to Dismiss Counts I and II of the Complaint (Dkt. 10), and the supporting affidavit of Andrew Jackson (Dkt. 11).

Upon consideration, it is ORDERED AND ADJUDGED that:

1. Defendant's construed motion to withdraw its motion for summary judgment and the affidavit of Andrew Jackson is **GRANTED**.

2. The Clerk is directed to **TERMINATE** Defendant's Motion for Summary Judgment or in the Alternative to Dismiss Counts I and II of the Complaint (Dkt. 10).

**DONE** and **ORDERED** in Tampa, Florida on January 17, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1438.mt withdraw.frm